# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

AMANDA LEWIS, individually and as
Personal Representative of the Estate of
Ja'Miyah Jackson, deceased, and JULIE
JACKSON, as Personal Representative
of the Estate of Joshua Leigh Jackson,

Plaintiffs,

-vs-　　　　　　　　　　　　　　　　　　　　　　Case No. 6:09-cv-1457-Orl-28DAB

THE MELBOURNE HOUSING
AUTHORITY, and THE HOUSING
AUTHORITY OF BREVARD COUNTY,

Defendants.

## ORDER

This case is before the Court on a recommendation (Report and Recommendation Doc. No. 5) from the United States Magistrate Judge to remand this case to the state court from which it was removed, finding this Court lacks federal subject matter jurisdiction.

After an independent *de novo* review of the record in this matter, and consideration of Defendants' Objections to the Report and Recommendation (Doc. 6), and the Plaintiffs' Joinder in the Report and Recommendation (Doc. 11), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 26, 2009 (Doc. No. 5) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is **REMANDED** to the Eighteenth Judicial Circuit in and for Brevard County, Florida, Case Number 05-2009-CA-028538.

3. All pending motions are **DENIED as moot.**

4. After remand, the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___16___ day of September, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party